# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Everett Annin, | No. CV-18-02516-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Chase Bank USA NA, | |
| Defendant. | |

    The Court has reviewed the parties' Stipulation for Voluntary Dismissal. (Doc. 25.) For good cause shown,

    **IT IS ORDERED** dismissing the entire case, with the corresponding dismissal of all claims, with prejudice. Each party to bear its own fees and costs.

    Dated this 28th day of November, 2018.

Douglas L. Rayes
United States District Judge